**J- 59 B-2013**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: PHILADELPHIA TRAFFIC COURT : | No. 62 EM 2013 |
| JUDGE CHRISTINE SOLOMON : | |
| : | Petition of the Judicial Conduct Board to |
| : | Stop, Suspend or Stay Proceedings on the |
| : | Rule to Show Cause or, in the Alternative, |
| : | for Permission to Appear, Participate and |
| : | Be Heard at Any Proceedings Before the |
| : | Appointed Master |
| : | |
| : | ARGUED: September 10, 2013 |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of December, 2014, upon consideration of the Joint Application for Leave to File Post-Submission Communication Pursuant to Pa.R.A.P. 2501(a) filed by the Judicial Conduct Board and Philadelphia Traffic Court Judge Christine Solomon, indicating that the Judicial Conduct Board has investigated the complaint filed against Judge Solomon and dismissed it with a Letter of Caution, the parties' joint petition is **GRANTED**, the *per curiam* orders entered in this matter dated May 21, 2013, and July 12, 2013 are **VACATED**, and the rule issued upon Judge Solomon, directing her to show cause why she should not be suspended for ninety days, is **DISCHARGED**.

Chief Justice Castille files a Dissenting Statement.

Justice Saylor files a Concurring Statement.